# 1:CV01-0756

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW -- PETITIIONER

V

THE UNITED STATES IMMIGRATION AND

NATIONALIZATION SERVICE

FILED SCRANTON
APR 3 0 2001
PER _____ DEPUTY CLERK

FILED HARRISBURG, PA
APR 24 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

***2241 HABEAS CORPUS***

BY:

SYDNEY BRADSHAW
YORK COUNTY PRISON
3400 CONCORD ROAD
YORK 17402

5 copies Each page

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA WILLIAM J. NELSON

BLDG/235 NORTH WASHINGTON AVENUE - ROOM 423

P.O. BOX 1148 - SCRANTON, PA. 1850 - 1148

SYDNEY BRADSHAW

V

8. U.S.C. 2241

THE IMMIGRATION AND NATURALIZATION SERVICE

CHARLES W. ZEMSKI ACTING DISTRICT DIRECTOR OF PA.

RESPONDENT/DEFENDANT

## 2241 PETITION FOR WRIT OF HABEAS - CORPUS AND PETITION DECLATORY INJUNCTIVE FOR RELIEF AND STAY OF REMOVAL.

PETITIONER ASK THIS MOST HONORALBLE COURT FOR PERMISSION TO PROCEED INFORMA PAUPERIS & IN SUPPORT OF PETITIONER'S STATE OF INPROVERISHMENT, PETITIONER SUBMITS THE ATTACHYED AFFIDAVIT OF ZERO DOLLARS AND NO CENTS (SEE ENCLOSED ACCOUNT PRINT FROM PRISON'S ACCOUNT.

### JURISDICTION

THIS ACTION VARIES JUDER THE U.S. CONSTITUTION (ALSO THE VIENNA CONVENTION). THE I.N.S. ACT (I.N.A.) AMENDED U.S.C SEC 1101 et. al; I.N.A. CHILD ACT SIGNED NOVEMBER 1, 2000, BY PRESIDENT CLINTON, (WILL BECOME LAW IN 120 DAYS) - I.N.A. 329-328, 321-22 8 U.S.C. 1431-1440.
THIS COURT MAY ALSO EXERCISE JURISDICTIONPURS TO 28 U.S.C. SECT 1350 - 1361. (MANAMUST JURIDICTION). 28 U.S.C. SECTION 1331, AND MAY GRANT SAID FREGOING RELIEF PURSUANT TO DECLARATION. JUDGEMENT ACT 28. U.S.C. SECTION 2201 et. SEq AND FULE 121 WRIT, ACT SEC 1651.

### VENUE

VENUE LIES IN THE U.S. DISTRICT COURT OF THE MIDDLE DISTRICE OF PENNSYLVANIA. THE JUDICIAL DISTRICT OF DEPORTATION ORDER

(1)

AGANIST PETITIONER WAS ENTERED AND LOCATION OF THE RESPONDENT, I.N.S.DISTRICT DIRECTOR, WHO MAY ENFORCE THE FINAL ORDER OF DEPORTATION 28.U.S.C SEC 2241 et. al; AND SEC 1391/

## PARTIES

THE PETITIONER IS A CITZEN OF GUYANA AND U.S.A. AND ENTERED THE U.S. SWXWMVWE 1965 AT THE TENDER AGE OF ELEVEN YEARS OLD AS A LOWFUL PERMENANT RESIDENT (GREEN CARD HOLDER), AND HAS ACCUMULATE WELL OVER THIRY-FIVE YEARS OF LEGAL RESIDENCE IN THE U.S. AND HAS NEVER LEFT U.S. SOIL. PETITIONER HAS ALSO BEEN HONORABLY DISCHARGED VETERAN FROM U.S.M.C. VIETNAM ERA, DISCHARGED IN 1973.

THE PETITIONER (SYDNEY BRADSHAW) ACTING PRO-SE, HEREBY RESPE-CTFULLY PETITIONS THIS MOST HONORABLE COURT FOR A WRIT OF HA-BEAS CORPUS, TO REVIEW THE LAWFULNES OF HIS FINAL ADJUDICATED ORDER OF REMOVAL BY TH EB.I.AS. I AM NOW PETITIONIG THE COURT AND SEEK AN ORDER FOR MY RELEASE FROM I.N.S. CUSTODY PETITIO-NER IS ALSO SEEKING TO HAVE THIS MOST HONORABLE COURT STAY HIS FINAL ORDER OF REMOVAL WHICH IS BROUGHT ABOUT BY A SET OF UNCONSTITUTIONAL LAWS INACTED BY A DEMOCRATIC GOVERNMENT AND CONGRESS OF THE UNITED STATES OF AMERICA - THE LAND OF THE FREE!!!!!

## FACTS

SYDNEY BRADSHW (PETITIONER) D.O.B. - 04/15/53 WAS BORN IN THE BRITISH COLONY OF BRITISH GUYANA S.A. - ENTERED THE U.S.A. ON 12/20/65, AT THE TENDER AGE OF ELEVEN YEARS OLD AND ONLY LEFT THE U.S. SOIL TO ATTEND THE WORD'S FAIR IN CANADA FOR A WEEK.
1. BOTH OR PETITIONER'S PARENTS ARE NATURALIZED U.S. CITIZEN-S. PETITIONER'S MOTHER NATURALIZED IN 1969. THIS NATURALIZ-ATION OF PETITIONER'S MOTHER TOOK-PLACE AT THE TIME WHEN THE PETITIONER WAS ONLY SIXTEEN YEARS OF AGE THUS, ENTITLES THE PETITIONER TO AUTOMATIC U.S. CITIZENSHIP, UNDER THE CHILD ACT RESENTLY SIGNED BY THE FORMER PRESIDENT OF THE U.S. BILL J. CLINTON. (PETITIONER WAS UNDER THE AGE OF 18 YEARS OLD).

SEE ENCLOSED LAW

3. PETITIONER WAS ISSUED A FUNAL ORDER OF REMOVAL AUGUST 13 1999 (SEE ENCLOSED ORDER). PETITIONER AT THIS TIME IS ASKING THIS COURT TO AFFIRM HIS U.S. CITIZENSHIP BY ONE OF PETITIONER'S PARENT (MOTHER) NATURALIZING WHILE PETITIONER WAS UNDER THE AGE OF 18 YEARS OLD. PETITIONER WAAS IN THE CUSTODY OF BOTH PARENTS AND ALSO, PETITIONER WAS IN THE CUSTODY OF HIS CITIZEN GRAND MOTHER (FRANCES STIENBERGEN) AT THE SAME TIME. (A NATUR-ALIZED CITIZEN).

4. PETITIONER IN 1974 APPLIED FOR U.S. CITIZENSHIP IN BROOKLYN N.Y. 250 ADAMS STREET. AT SUCH TIME PETITIONER WAS ADVISED HE HAD DERIVATIVE CITIZENSHIP AND ALSO DID NOT NEED TO TAKE THE OATH FOR HE SWORE ALLEGENCE WHEN HE ENLISTED IN THE U.S.M.C.

## ARGUMENT

1. SINCE THE CHILD ACT IS GOING TO BECOME LAW IN 120 DAYS FROM NOVEMBER1.2000, ID IY VOTTRVY SNF HUMSNR YO KRRP PRYIYIONRT IN CRIMINAL CONFINMENT? FOR PETITIONER ALSO HAS VARIOUS MEDICAL MALADIES THAT ARE NOT BEING ATTENDED TO AT THIS TIME PROPERLY.

2. PETITIONER'S MOTHER BACK IN 19674 WHEN SPONSORING PETITION-ER SIGNED A DIFFERENT CONTRACTUAL AGREEMENT WITH I.N.S. AS FAR AS THE STIPULATIONS ABOUT CONVICTIONS AND REMOVAL FROM THE U.S. SOIL AND THEREFORE THESES NEW SET OF I.N.A. LAWS ENACTED BY THE U.S. CONGRESS IN 1996, SHOULD HAVE ANY BEARING UPON PETITIONER'S, STATUS MAKING HIM REMOVABLE DUE TO HIS CONVICTION FOR THE CHARGE OF AGGRAVATE ASSAULT, (ENSPITE OF HIS INNOCENCE).

## C O N C L U SION

ALL LAW ENFORCEMENT OFFICERS IN THE U.S. AND ALL GOVERNMENT PEA-CE OFFICERS ARE OBLIGED TO INFORM ALIENS AFTER PLACING THEM IN CUSTODY, THAT THEY MAY CONTACT THEIR COUSULATE FOR ASSISTANCE IN FIGHTING THEIR LEGAL CASE ETC. PLAINTIFF WAS DEPERIVED OF SUCH ADVISEMENT BY BOTH BURLINGTON POLICE DEPARTMENT AT HIS IN-ITAL ARREST IN VERMONT AND ALSO THE I.N.S OFFICAL THAT PLACED PLAINTIFF IN I.N.S. CUSTODY.

WHEREFORE, PETITIONER RESPECTFULLY PRAYS THIS MOST HONORABLE COURT TO END PETITIONER'S INCARCERATION AND....

A. ASSUME JURISDICTION OVER THIS MATTER (REMOVAL)

B. ISSUE A STAY OF DEPORTATION FORTHWITH - PENDING THE RESOLUTION OF PETITIONER'S DERAVITION CITIZENSHIP CASE.

C. TO GRANT PETITIONER RELIEF IN ON OF THE FOLLOWING FORMS OF RELIEF, CANCELLATION OF REMOVAL, HUMANITARIAN RELIEF, SUPERVISED RELEASE, OR PERSONAL COGNIZANCE OR WITHHOLDING OR GRANT AT THE COURT'S DISCRETION ANY FURTHER RELIEF.

PETITIONER THANKS THIS MOST HONORABLE IN ADVANCE FOR TAKING THE TIME TO CONSIDER PETITIONER'S HABEAS CORPUS AND DERIVATIVE AND AUTOMATIC CITIZENSHIP UNDER THE CHILD ACT.

                                              A13-914-980
                                              RESPECTFULLY
                                              SYDNEY BRADSHAW
                                              YORK COUNTY PRISON
                                              3400 CONCORD ROAD
                                              YORK, PA. 17402

CC:   GENERAL COUNSEL I.N.S.
      425 "I" N.W. RM 6100
      WASHINGTON D.C. 20536

      I.N.S LITIGATION COUNSEL
      3434 CONCORD ROAD
      YORK, PA. 17402

      GUYANA CONSUL GENERAL: 866 UNITED NATIONS PLAZA, NEW YORK -
      N.Y. THIRD FLOOR ZIP 10017