*see ext*

④
5/7/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW, :
:
    Petitioner :
:
v. : CIVIL NO. 1:CV-01-0756
:
IMMIGRATION AND NATURALIZATION : (Judge Caldwell)
SERVICE, :
:
    Respondent :

FILED
HARRISBURG, PA

MAY 0 4 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

ORDER

AND NOW, this 4th day of May, 2001, it is ordered that:

    1. Petitioner's motion to proceed <u>in forma pauperis</u> (doc. 3) is granted.

    2. The Clerk of Court is directed to serve a copy of the petition for a writ of habeas corpus and exhibits on Respondent and the United States Attorney.

    3. Within twenty days of the date of this order, Respondent shall respond to the allegations in the petition.

    4. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

    5. Petitioner shall, if he so desires, file a reply to the response within fifteen days of its filing.

*William W Caldwell*
William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 4, 2001

Re: 1:01-cv-00756   Bradshaw v. INS

True and correct copies of the attached w
to the following:

Sydney Bradshaw
CTY-York
York County Prison
60086
3401 Concord Road
York, PA   17402

cc:
Judge                              ( )
Magistrate Judge                   ( )
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached
                                       U.S. Marshal ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached
                                   to: US Atty Gen
                                       DA of County

Bankruptcy Court                   ( )
Other_____        ( )

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here
Name (Please Print Clearly) (to be completed by mailer)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

David Barasch, U.S. Attorney
P.O. Box 11754
Harrisburg, Pa. 17108

Atty Gen ( )
Respondents ( )

MARY E. D'ANDREA, Clerk

DATE: _____5-4-01_____

BY: _____
Deputy Clerk