JUDGE'S COPY



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW
      Petitioner                      No. 1:CV-01-0756

    v.                                   (Judge Caldwell)

IMMIGRATION AND NATURALIZATION
SERVICE,
      Respondent

RESPONSE TO RESPONDENT'S RESPONSE TO

PETITIONER'S WRIT OF HABEAS CORPUS

FILED
HARRISBURG, PA

JUN 1 2 2001

MARY E. D'ANDREA, CLERK
PER _____
       DEPUTY CLERK

SYDNEY BRADSHAW
YORK COUNTY PRISON
3400 CONCORD ROAD
YORK, PA. 17402

Dated: May 29, 2001

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW
    PETITIONER

    V.

IMMIGRATION AND NATURALIZATION
SERVICE
    RESPONDENT

No. CV-01-0756

(Judge Caldwell)

FILED
HARRISBURG, PA

JUN 1 2 2001

MARY E. D'ANDREA, CL
PER_____
DEPUTY CLERK

PETITIONER'S REBUTALL TO RESPONDENT'S RESPONSE
TO PETITIONER'S WRIT OF HABEAS CORPUS

Now comes Petitioner and states that the Service (I.NSS) has provided sufficent credible evidence that petitioner is not entitiled to derivative citizenship; However as previously stated by petitioner in immigration court petitoner wasobliged to obtain citizenship by naturalization as a prerequisite for working for the New York Transit Authority in 1973-74.

Petitioner in 1974 filed all necessary documents with the I.N.S. (Justice Departmen at 250 Adams Street, in Brooklyn N.Y. and was notfied that he had received his U.S. citizenship, and did not need to take the required oath, for petitioner had swore his allegiance to the United States of America when he enlisted in the U.S.M. Petitioner therefore should have received a certificate of naturalization, but has never received said certificate todate and would like an accounting from the I.N.S. why he has not recived the naturalization certificate .

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully
*Sydney Bradshaw*
Sydney Bradshaw
3400 Concord Road
York, PA. 17402

NV

```
 1   to adjourning the case for him to submit an N-600 to the
 2   Immigration Service to establish that he's a citizen through
 3   derivation, as counsel has motioned?
 4        A    Yes, Your Honor. I would be opposed. I mean
 5   we're only going on counsel's recommendation that the
 6   Respondent is a citizen. We have no evidence that, he may not
 7   be.
 8   JUDGE TO MS. DIAZ
 9        Q    So counsel, do you want to make out a prima
10   facie case for me to continue this case for your client to
11   submit an N-600 to show he is a citizen through derivation?
12        A    Yes, Your Honor. It is my understanding that
13   both of Mr. Bradshaw's parents naturalized in 19, the 1960's.
14   We believe it was either in 1963 or 1964. At one point in Mr.
15   Bradshaw's career when he needed to apply for citizenship for a
16   job, he was told at that time he didn't need to take the oath
17   of allegiance because he was already a citizen. We believe we
18   just need a chance to present evidence on that.
19        Q    Counsel, why don't you ask for a continuance
20   instead of pleading, to pursue whether he is a citizen or not?
21   We can avoid a lot of problems here.
22        A    Okay. It was my understanding, Your Honor, that
23   we pled at the master calendar, individual calendar hearing --
24        Q    No, you didn't.
25        A    And rescheduled so that --
```

A 13 914 980                              9                      August 11, 1998

cc:  Kate L. Mershimer
     Assistant U.S. Attorney
     Assistant U.S. Attorney
     288 Walnut Street. 2nd Floor
     P.O. Box 11754

     I.N.S. Litigation Counsel
     3400 Concord Road
     York, PA. 17402

# Honorable Discharge

## United States Marine Corps

from the Armed Forces of the United States of America

This is to certify that

PRITATE SYDNEY IAN BRADSHAW   111 44 5371

was *Honorably Discharged* from the
United States Marine Corps   This certificate is awarded
on the 11TH day of APRIL, 1972   as a testimonial of Honest and Faithful Service

F. R. WOOD
CHIEF WARRANT OFFICER-3, USMC



3 copies