

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
*******************************
                              *
SYDNEY BRADSHAW               *
       PETITIONER             *
                              *
                              *      FILE No. 1:CV-01-0756      FILED
    Vs.                       *      (Judge; Caldwell)        SCRANTON
                              *
                              *                               NOV 29 2001
IMMIGRATION & NATURALIZATION  *
SERVICE,                      *
                              *                               PER_____
       RESPONDENT             *                               DEPUTY CLERK
*******************************
```

PETITIONER'S (SUPPLEMENT REBUTTAL) TO THE U.S. ATTORNERY'S RESPONSE
TO THE PETITIONER'S WRIT OF HABEAS CORPUS.

   The United State's Attorney, has carefully and predictable interpreted the congress's 1952 INA, § 321, to fit their own criteria and agenda. (the deportation of aliens in a indiscriminate, malicious and in an abundantly prejudical manner).

Before we consider the precise wording of Section 321 (a) of the Immigration nationality act, it is most important we understand what the conjunction AND, means. Or in general what the defination of a conjunction is...See the American Heritage dictionary. At the same time please consider the meaning of the word OR, (and alternative, the second of two choices to be used in a given situtation to achieve an ultimate goal or purpose. In this case derivative citizenship.

Section 321 (a) of the INA reads as follows:
A child born outside the United States of alien parents, becomes a citizen of the U.S. upon the fullillment of the following conditions:
1. The naturalization of both parents; (OR) interpreted meaning...in the alternative that both parents do not naturalize the following other conditions will suffice for said child to obtain U.S. citizenship. See #s (4) & (5). The section does not state that numbers (2) & (3) of the act are necessary prerequisites for number (4) & (5) to be implemented for said child to attain his U.S. citizenship.
2. The manner in which numer (3) of the INA is written, left it open to serious varied conjecture, ambiguity and bigotry, by those who defend the republis of the United States.

Exhibit 008

Reference is made to the Application for Certificate of Citizenship, Form N-600, filed by you on or around May 16, 2001 under Section 321 of the Immigration and Nationality Act as amended.

Section 321 (a) of the Act determines in part that

> A child born outside of the United States of alien parents ... becomes a citizen of the United States upon the fulfillment of the following conditions:
>
> (1) The naturalization of both parents; or
> (2) The naturalization of the surviving parent if one of the parents is deceased; or
> (3) The naturalization of the parent having legal custody of the child when there has been a legal separation of the parents or the naturalization of the mother if the child was born out of wedlock and the paternity of the child has not been established by legitimation; and
> (4) Such naturalization takes place while such child is under the age of eighteen years; and
> (5) Such child is residing in the United States pursuant to lawful admission for permanent residence at the time of the naturalization of the parent last naturalized ..., or thereafter begins to reside permanently in the United States while under the age of eighteen years...

As amended, section 1431 provides that a child born outside of the United States automatically becomes a citizen of the United States when <u>all</u> of the following conditions have been fulfilled:

(1) At least one parent of the child is a citizen of the United States, whether by birth or naturalization.

(2) The child is under the age of eighteen years.

(3) The child is residing in the United States in the legal and physical custody of the citizen parent pursuant to a lawful admission for permanent residence.

8 U.S.C. §1431.

The provisions of the Child Citizenship Act apply <u>only</u> to "individuals who satisfy the requirements of section 320 [§1431] or 322 [§1433] of the Immigration and Nationality Act, as in effect on [February 27, 2001]." Child Citizenship Act of 2000, §104.[2] Thus,

---

[1] Although repealed on February 27, 2001, 8 U.S.C. §1432 remains in effect for aliens who fulfilled the conditions stated in that section before that date.

[2] That section provides:

> The amendments made by this title shall take effect 120 days after the date of the enactment of this Act and

7

3. The repealing of 8. USC § 1432 of the INA and the amending of section 1431 and 1433 also the impementation of the child citizenship ACT of 2000, SS 101-103, would to the prudent and thinking mind seem only logical in purpose as to construe in purpose the effect of past ACTS in history, such as the Magna Carta ACT, & th emancipation ACT of Lincoln's day, are legislative Acts to relieve the pain and suffering of the immediate time and people. And the most prudent branch of the U.S. Government to best interpret the laws passed by congress so that justice would be properly served accross the board and equality be prevail for all that have suffered of from the previouse inadequacy of the past legislation of the 1952 congress INA ACT erroneous nonchalant dubious and ambiguitious interpretation by lay lawyers of the day. That if left to their reasoning would have the nation thrown into a Vichy type regime as occured in France in the 1940s when over 80,000 Jews were bitterly betrayed by their fellow country men deported to detention centers (Dracy & Auschwitz for example - today here in the U.S. they are called COUNTY JAILS, YORK, MONTGOMERY COUNTY, BERKS COUNTY AND THE LIKES). Over Half a million L.P.Rs. have been removed from the U.S. along with some U.S. Citizens a fact that is kept fro the eye of the public, but is a well known and documented occurence in the files of the INS. (not less we not mention CAMP OAKDALE).

Wherefore, based on the foregoing, the petitioner beseech, and respectfully ask this most Honorable Court to "SEMPER FI," and prudently consider the stakes at had and the pain and suffering of its' present residents and citizens. And be genuine and just in this matter of interpreting the laws as congress intended its' application to reaffirm that justice prevail for all that live within its' boarders, and not a select part of its' residents.

FAITHFULLY SUBMITTED

*[signature]*
SYDNEY BRADSHAW

## CERTIFICATE OF SERVICE

I Hereby cietify that a true copy of the within document was served on the U.S. Attorney's office, Asst' U.S. attorney Ms Kate L. Mershimer, at 228 Walnut St. 2nd Fl. P.O. Box 11754/Harrisburg, PA. 171708-1754, on the 20, day of November 2001, by regular mail from M.C.C.F. out going mail first class mail.   *[signature]*

(2)

**U.S. DEPARTMENT OF JUSTICE**
**IMMIGRATION AND NATURALIZATION SERVICE**

# APPLICATION FOR CERTIFICATE OF CITIZENSHIP

OMB No. 1115-0018

FEE STAMP

Take or mail this application to:
**IMMIGRATION AND NATURALIZATION SERVICE**

Date __11/18/2001__

(Print or type) __Mr Sydney Ian Bradshaw__ nee _____
(Full, True Name, without Abbreviations)       (Maiden name, if any)

__Cell E87, 60 Eagleville Rd (M.C.C.F.)__
(Apartment number, Street address, and if appropriate, "in care of")

__Norristown__  __U.S.__  __PA__  __19403__
(City)   (Country)   (State)   (ZIP Code)

__None__
(Telephone Number)

**ALIEN REGISTRATION**
No. __013-914-980__

## (SEE INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH QUESTION BEFORE YOU ANSWER IT.)

I hereby apply to the Commissioner of Immigration and Naturalization for a certificate showing that I am a citizen of the United States of America.

(1) I was born in __Georgetown__  __British Guiana  S.A.__ on __April 15 1953__
                    (City)           (State or Country)              (Month) (Day) (Year)

(2) My personal description is: Sex __male__; complexion __black__; color of eyes __brown__; color of hair __black/gray__; height __5__ feet __9__ inches; weight __315__ pounds; visible distinctive marks __none__

Marital status: ☐ Single; ☐ Married; ☒ Divorced; ☐ Widow(er).

(3) I arrived in the United States at __Queens New York (Kennedy airport)__ on __12/20/1964__
                                        (City and State)                         (Month) (Day) (Year)

under the name __Sydney Ian Bradshaw__ by means of __Air Plane__
                                                   (Name of ship or other means of arrival)

☐ on U.S. Passport No. __?__ issued to me at __?__ on __?__
                                                        (Month) (Day) (Year)

☐ on an Immigrant Visa. ☐ Other (specify) __Legal Permanent Resident__

---

(4) FILL IN THIS BLOCK ONLY IF YOU ARRIVED IN THE UNITED STATES BEFORE JULY 1, 1924.

(a) My last permanent foreign residence was _____  _____
                                              (City)    (Country)
(b) I took the ship or other conveyance to the United States at _____  _____
                                                                 (City)     (Country)
(c) I was coming to _____ at _____
                    (Name of person in the United States)  (City and State where this person was living)
(d) I traveled to the United States with _____
                                          (Names of passengers or relatives with whom you traveled, and their relationship to you, if any)

---

(5) Have you been out of the United States since you first arrived? ☐ Yes ☒ No: If "Yes" fill in the following information for every absence.

| DATE DEPARTED | DATE RETURNED | Name Of Airlines Or Other Means Used To Return To The United States | Port Of Return To The United States |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(1) I __have not__ filed a petition for naturalization. (If "have" attach full explanation.)
       (have) (have not)

O THE APPLICANT. - Do not write between the double lines below. Continue on next page.

| ARRIVAL RECORDS EXAMINED | ARRIVAL RECORD FOUND |
|---|---|
| ard index _____ | Place _____ Date _____ |
| dex books _____ | Name _____ |
| anifests _____ | Manner _____ |
| _____ | Marital status _____ Age _____ |
| | (Signature of person making search) |

m N-600 (Rev. 04/11/91)Y          (1)          U.S. GOVERNMENT PRINTING OFFICE: 1996 171-770

(CONTINUE HERE)

(7) I claim United States citizenship through my *(check whichever applicable)* ☐ father; ☒ mother; ☐ both parents; ☒ self
☐ adoptive parent(s)   ☐ husband

(8) My father's name is *Mr Sydney Arnold Bradshaw*; he was born on 01 / 05 / 1920
(Month) (Day) (Year)
at ? *British Guiana*; and resides at ?
(City) (State or Country)        (Street address, city and State or country. If dead, write
? — He became a citizen of the United States by ☐ birth; ☒ naturalization on _____
"dead" and date of death.)                                                                          (Month) (Day) (Year)
in the *N.Y.C.* Certificate of Naturalization No. ?
(Name of court, city and State)

☐ through his parent(s), and ~~(was)~~ ~~(was not)~~ issued Certificate of Citizenship No. A or AA _____
(If known) His former Alien Registration No. was ?

He ~~(has)~~ ~~(has not)~~ lost United States citizenship. *(If citizenship lost, attach full explanation.)*
He resided in the United States from 1944 to 1942 ; from ___ to ___ ; from ___ to ___ ;
                                   (Year)  (Year)     (Year) (Year)     (Year) (Year)
from ___ to ___ ; from ___ to ___ ; I am the child of his _____ (1st, 2d, 3d, etc.) marriage.

(9) My mother's present name is *Mrs Frances Veronica Bradshaw*; her maiden name was *De Mendonza*;
she was born on *October 1 1921* at *British Guyana* ; she resides
(Month) (Day) (Year)                              (City) (State or country)
at ?
(Street address, city, and State or country. If dead write "dead" and date of death.)    She became a citizen of the
United States by ☐ birth; ☒ naturalization under the name of _____
on *06 21 1969* in the _____
(Month) (Day) (Year)                              (Name of court, city, and State)
Certificate of Naturalization No. ? ; ☐ through her parent(s), and ~~(was)~~ ~~(was not)~~ issued Certificate of
Citizenship No. A or AA _____ (If known) Her former Alien Registration No. was _____

She ~~(has)~~ ~~(has not)~~ lost United States citizenship. *(If citizenship lost, attach full explanation.)*
She resided in the United States from ? to ___ ; from ___ to ___ ; from ___ to ___ ;
from ___ to ___ ; from ___ to ___ ; I am the child of her _____ (1st, 2d, 3d, etc.) marriage.

(10) My mother and my father were married to each other on *06 21 61* at *Georgetown B.G. Guyana*
(Month) (Day) (Year)                  (City) (State or country)

(11) If claim is through adoptive parent(s):
I was adopted on _____ in the _____
(Month) (Day) (Year)                    (Name of Court)
at _____ by my _____ who were not United States citizens at that time.
(city or town) (State) (Country)        (mother, father, parents)

(12) My _____ served in the Armed Forces of the United States from _____ to _____ and _____
(father) (mother)                                              (Date)     (Date)        (was) (was not)
honorably discharged.

(13) I _____ lost my United States citizenship. *(If citizenship lost, attach full explanation.)*
(have) (have not)

(14) I submit the following documents with this application:

Nature of Document                                    Names of Persons Concerned

_____                                                 _____
_____                                                 _____
_____                                                 _____
_____                                                 _____

(2)

(15) Fill in this block if your brother, sister, mother or father ever applied to the Immigration Service for a certificate of citizenship.

| Name Of Relative | Relationship | Date of Birth | When Application Submitted | Certificate No. And File No., If Known, And Location Of Office |
|---|---|---|---|---|
| Samuel Arnold Bradshaw | Father | 8/6/24 | ? | |
| Francis Veronica Bradshaw | Mother | 11/27 | ? | |
| Colin Arnold Bradshaw | Brother | 12/18/51 | ? | |

(16) Fill in this block only if you are now or ever have been a married woman. I have been married _____ (1, 2, 3, etc.) time(s), as follows:

| Date Married | Name Of Husband | Citizenship Of Husband | If Marriage Has Been Terminated: Date Marriage Ended | How Marriage Ended (Death or Divorce) |
|---|---|---|---|---|
| | | | | |

(17) Fill in this block only if you claim citizenship through a husband. *(Marriage must have occurred prior to September 22, 1922.)*

Name of citizen husband _____ (Give full and complete name); he was born on _____ (Month) (Day) (Year) at _____ (City) (State or country); and resides at _____ (Street address, city, and State or country. If dead, write "dead" and date of death.) He became a citizen of the United States by ☐ birth; ☐ naturalization on _____ (Month) (Day) (Year) in the _____ (Name of court, city, and State) Certificate of Naturalization No. _____; ☐ through his parent(s), and _____ (was) (was not) issued Certificate of Citizenship No. A or AA _____ He _____ (has) (has not) since lost United States citizenship. *(If citizenship lost, attach full explanation.)* I am of the _____ race. Before my marriage to him, he was married _____ (1, 2, 3, etc.) time(s), as follows:

| Date Married | Name Of Wife | If Marriage Has Been Terminated: Date Marriage Ended | How Marriage Ended (Death or Divorce) |
|---|---|---|---|
| | | | |

(18) Fill in this block only if you claim citizenship through your stepfather. *(Applicable only if mother married U.S. Citizen prior to September 22, 1922.)*

The full name of my stepfather is _____; he was born on _____ (Month) (Day) (Year) at _____ (City) (State or country); and resides at _____ (Street address, city, and State or country. If dead, write "dead" and date of death.) He became a citizen of the United States by ☐ birth; ☐ naturalization on _____ (Month) (Day) (Year) in the _____ (Name of court, city and State) Certificate of Naturalization No. _____; ☐ through his parent(s), and _____ (was) (was not) issued Certificate of Citizenship No. A or AA _____ He _____ (has) (has not) since lost United States citizenship. *(If citizenship lost, attach full explanation.)* He and my mother were married to each other on _____ (Month) (Day) (Year) at _____ (City and State or country). My mother is of the _____ race. She _____ (was) (was not) issued Certificate of Citizenship No. A _____. Before marrying my mother, my stepfather was married _____ (1, 2, 3, etc.) time(s), as follows:

| Date Married | Name Of Wife | If Marriage Has Been Terminated: Date Marriage Ended | How Marriage Ended (Death or Divorce) |
|---|---|---|---|
| | | | |

(19) I _have_ (have) (have not) previously applied for a certificate of citizenship on _1976_ (Date), at _U.S. Courthouse 225 Cadman Plaza_ (Office) Br'lyn NY 201

(20) Signature of person preparing form. If other than applicant, I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

SIGNATURE: _____
ADDRESS: _____   DATE: _____

(SIGN HERE) _[signature]_
(Signature of applicant or parent or guardian)

(3)

# UNITED STATES DISTRICT COURT

ROBERT C. HEINEMANN
CLERK

JAMES GIOKAS
CHIEF DEPUTY

EASTERN DISTRICT OF NEW YORK

Important ☒

PLEASE REPLY TO:

**BROOKLYN OFFICE**
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☐ UNIONDALE OFFICE
2 UNIONDALE AVE
UNIONDALE, NEW YORK 11553

☐ HAUPPAUGE OFFICE
300 RABRO DRIVE
HAUPPAUGE, NEW YORK 11788

March 27, 2001

Sydney Ian Bradshaw,
# 60086
Y.C.P.
3400 Concord Road
York, PA 17402

Re: Return of the Enclosed Set of Papers
    For Citizenship Application

Dear Sir,

Our Office is returning to you the attached set of citizenship application papers, which was received a couple of days ago. This set of papers should be sent to the Immigration and Naturalization Service office in New York City, whose mailing address is as follows:

> Immigration and Naturalization Service (INS)
> New York City District Office
> 26 Federal Plaza
> Room 14-102
> New York, NY 10278

Thank you.

Sincerely,

*[signature]*

Ralph Vega, Jr.,
Pro Se Writ Clerk

2 copies

# Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that

**PRIVATE SYDNEY IAN BRADSHAW   111 44 5371**

was Honorably Discharged from the

## United States Marine Corps

on the ___11TH___ day of ___APRIL 1972___. This certificate is awarded as a testimonial of Honest and Faithful Service.

F. R. WOOD
CHIEF WARRANT OFFICER-3, USMC



DD 256 MC 1 MAY 50 SN 0102-LF-002-5901