ORIGINAL  copy
Caldwell

RECEIVED 12/10/01

12/05/01

Dear Judge William Caldwell, your honor in regard to File No. 1:CV-01-0756. How much longer are you going to let the I.N.S. detain a U.S. Citizen pretending ignorance of the laws governing derivation U.S. Citizenship.

Your honor the enclosed establishes without a doubt that I derived citizenship by my mothers naturalization for I was under the age of 18 yrs of age and had over five years as a L.P.R. in the United States of America.

Your honor please order my release before the 25th of this month.

Sincerely
Sydney

FILED
DEC 10 2001
DEPUTY CLERK

(4). <u>CHILD BORN ON OR AFTER DEC 24, 1952 AND BEFORE NOVEMBER 14, 1986.</u>

A CHILD BORN ABROAD DERIVES CITIZENSHIP AUTOMATICALLY WITHOUT COURT ACTION WHEN ONE OR BOTH PARENTS ARE NATURALIZED PRIOR TO THE CHILD'S <u>ATTAINING THE REQUIRED</u> STATUTORY AGE OF (18 OR 21), <u>ADULTHOOD AND LENGTH OF (5 YEARS) PERMANENT RESIDENCE</u> §§320 and 321 of ACT 8, U.S.C. §§1431 AND 1432.

11-20.2

SEE: NATIONAL LAWYERS GUILD - IMMIGRATION LAW & DEFENSE - THIRD EDITION WEST GROUP. RELEASE # 23, 4/99.   CBC   CLARK BOARDMAN CALLAGHAN

Section 321 (a) of the Act determines in part that : GOVERNS ONLY ACQUISITION CASES

A child born outside of the United States of alien parents ... becomes a citizen of the United States upon the fulfillment of the following conditions:

(1) The naturalization of both parents; or
(2) The naturalization of the surviving parent if one of the parents is deceased; or
(3) The naturalization of the parent having legal custody of the child when there has been a legal separation of the parents or the naturalization of the mother if the child was born out of wedlock and the paternity of the child has not been established by legitimation; and
(4) Such naturalization takes place while such child is under the age of eighteen years; and
(5) Such child is residing in the United States pursuant to lawful admission for permanent residence at the time of the naturalization of the parent last naturalized ..., or thereafter begins to reside permanently in the United States while under the age of eighteen years...

Service records reflect that you were born on April 15, 1953 in Guyana. On December 20, 19__ 5 ye resi you were admitted to the United States as a legal resident alien. A birth certificate submitted in satis connection with your application for an immigrant visa identifies your mother as Ms. Frances Veronica Bradshaw nee De Mendonca, and your father as Mr. Sydney Arnold Bradshaw. Both your parents were nationals of Guyana at the time of your birth. Service records confirm that your parents were married to each other on June 29, 1949. There is no evidence that your parents ever became legally separated or divorced. You have reported in your application that your parents to this date reside together at 151 Crown Street, Brooklyn, NY.

Service records confirm that your mother became a naturalized United States citizen on December 02, 1969. A copy of a naturalization certificate for your father verifies that he became a naturalized citizen of this country on January 10, 1978. You were at the time twenty–four years old.

<u>Inasmuch as only your mother became a citizen of the United States before your eighteenth birth date,</u> and since no limited or absolute divorce terminated the marriage between your parents before you became eighteen years of age. you did not derive United States citizenship as a result of the naturalization of either one of your parents.

ORDER: The Application for Certificate of Citizenship, Form N-600, filed by you on or around May 16, 2001 is hereby denied. : CERTIFICATE SHOULD BE GRANTED!!!
(4) CHILD BORN ON OR AFTER DEC 24, 1952 AND BEFORE NOVEMBER 14, 1986

A CHILD BORN ABROAD DERIVES CITIZENSHIP AUTOMATICALLY WITHOUT COURT ACTION WHE ONE OR BOTH PARENTS ARE NATURALIZED PRIOR TO THE CHILD'S ATTAINING THE REQUIRE STATUTORY AGE OF ADULTHOOD AND LENGTH OF PERMANENT RESIDENCE §§320 and321 of A 8 U.S.C. §§ 1431 AND 1432.

SEE: NATIONAL LAWYERS GUILD – IMMIGRATION LAW & DEFENSE – THIRD EDITION WEST GROUP. RELEASE # 23, 4/99. <u>CBC CLARK BOARDMAN CALLAGHAN</u>