OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, P.A. 17108

OFFICIAL BUSINESS

FILED
HARRISBURG, PA
DEC 2 6 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

☐ - Person's name required for delivery.
☐ - Item(s) Not Acceptable for delivery.
☑ - Person no longer confined here.
☐ - Other:

Date 12/14/01  Officer _____
BERKS COUNTY PRISON
Mail Room

RTS - RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD