See Attachment

17
1/14/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SYDNEY BRADSHAW,  :
  :
    Petitioner  :
  :  CIVIL NO. 1:CV-01-0756
vs.  :
  :  (Judge Caldwell)
IMMIGRATION AND  :
NATURALIZATION SERVICE,  :
  :
    Respondent  :

O R D E R

AND NOW, this 11th day of January, 2002, it is ordered that, Petitioner is granted ten (10) days from the date of this Order to file a supplemental response to Respondent's Response to Petitioner's Contention as to Applicability of Title 8 U.S.C. § 1432. Furthermore, the Clerk is directed to serve Petitioner with a copy of Respondent's Response to Petitioner's Contention as to Applicability of Title 8 U.S.C. § 1432 (doc. 16).

William W. Caldwell
United States District Judge



FILED
JAN 11 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 11, 2002

Re: 1:01-cv-00756     Bradshaw v. INS

True and correct copies of the attached were mailed by the clerk to the following:

Sydney Bradshaw   *w/ copy of doc #16*
CTY-MONT
Montgomery County Correctional Facility
01-6410
60 Eagleville Road
Norristown, PA  19403

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa  17108

Mark E. Morrison, Esq.
Office of the United States Attorney
P.O. Box 11754
Harrisburg, PA  17108-1754

David Barasch
United States Attorney's Office
Room 217, Federal Building & Court House
228 Walnut Street
Harrisburg, PA  17108

```
cc:
Judge                    (✓)        (✓) Pro Se Law Clerk
Magistrate Judge         ( )        ( ) INS
U.S. Marshal             ( )        ( ) Jury Clerk
Probation                ( )
U.S. Attorney            ( )
Atty. for Deft.          ( )
Defendant                ( )
Warden                   ( )
Bureau of Prisons        ( )
Ct Reporter              ( )
Ctroom Deputy            ( )
Orig-Security            ( )
```

```
Federal Public Defender   ( )
Summons Issued            ( )  with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5       ( )
Order to Show Cause       ( )  with Petition attached & mailed certified mail
                               to:  US Atty Gen   ( )   PA Atty Gen ( )
                                    DA of County  ( )   Respondents ( )
Bankruptcy Court          ( )
Other_____  ( )
                                                       MARY E. D'ANDREA, Clerk
```

DATE: 1/11/02                                         BY: _____
                                                          Deputy Clerk