CTO: OJ; PRSLC



FILED
JAN 2 2 2002
HARRISBURG, PA    DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
************************************
SYDNEY BRADSHAW                    *
            PETITIONER             *
                                   *
      V.                           *
                                   *
IMMIGRATION & NATURALIZATION       *
SERVICE et. al.,                   *
************************************

DOCKET No. 1:01 —CV-00756
AMENDED COMPLAINT TO PETITION
FOR WRIT OF HABEAS CORPUS

### MOTION FOR ACQUISITION OF MOTHER'S INS FILE

#### PRELIMINARY STATEMENT

Petitoner has propounded this court repeatedly with petitions to valitadate his diri-
vative citizenship. primarlily for two reasons:

1.  Petitioner recalls his mother on several occassions saying to him and his siblins,
that because of her we all are United States Citizens.

2.  When petitioner worked for the New York Tranist in 1974,he was required to become a
U.S. citizen.  When petitioner applied for said citizenship his job received a letter
that stated that petitioner had already acquired U.S. Citizenship.

Petitioner at this time petitions this Most honorable court to acquire his mother's INS
file to ascertain whether his mother filed for his citizenship under 322(a) ACT 8 U.S.C.
1433 (a), when she had naturalized.  Petitioner had filed a F.I.O.A. but was refused the
file by the service in 1998.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true &
correct.

Date. 01-13-2002.

Respectfully submitted
Sydney Bradshaw

#### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within documents was served on the
Assistant attorney's office to, Mr Mark  E. Morrison, at 228 Walnut St 2nd Fl — P.O. Box
11754, Harrisburg PA. 1717 - 1754. (717) 717 — 221-4482