(22)
3/5/02

United States District Court For
The Middle District of Pennsylvania X
Sydney Bradshaw
      Petitioner

v.

The Immigration & Naturalization
Services, et. al.,
      Respondent X

File No. 1:CV-01-0756
Judge Caldwell

FILED
HARRISBURG, PA

MAR 0 4 2002

MARY E. D'ANDREA, CLERK
Per _____ 
    Deputy Clerk

Now comes the Petitioner and makes application to appeal to the Third Circuit appellate Court from the Judgement rendered in the above matter on 02/24/2002. Petitioner also seeks leave to proceed pro se and in forma pauperis, for he is indigent and lacks the funds to pay for counsel to take the Stewardship in this appeal.

Dated: 02/27/2002.

        Respectfully submitted
        L. Sydney Bradshaw

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

SYDNEY BRADSHAW                    DISTRICT COURT NO. ___1:CV-01-0756___

                                   CT. OF APPEALS NO. _____
          V.

IMMIGRATION AND NATURALIZATION SERVICE


NOTICE OF APPEAL FILED        03/04/02      COURT REPORTER(S)_____

FILING FEE:

NOTICE OF APPEAL __PAID  X NOT PAID   ___SEAMAN

DOCKET FEE     ___PAID X NOT PAID   ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
      (Attach Copy of Order)
X MOTION GRANTED (IN FIRST INSTANCE)
__ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
      (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:

Judge William W. Caldwell            Sydney Bradshaw
Mark E. Morrison, Esquire            Kate L. Mershimer, Esquire
David Barasch, Esquire               PRSLC Taggart


                                     PREPARED BY ____Virginia Gilmore_____
                                                         Deputy Clerk
Date: March 5, 2002

UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

Divisional Offices:

**MARY E. D'ANDREA**
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address:* www.pamd.uscourts.gov

Harrisburg:   (717) 221-3920
Williamsport: (570) 323-6380

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA   19106-1790

RE:   **BRADSHAW V. IMMIGRATION AND NATURALIZATION SERVICE**
      **USDC NO: 1:CV-01-0756**
      **USCA NO:**
      **E-mail Account: All correspondence should be sent to the e-mail account: PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

   **X**         **Civil Prisoner Case: Case file and docket sheet available through RACER.**

   _____        **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.**

   _____        **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.**

   _____        **Civil Prisoner Case: _____ Supplemental Record filed.  Documents and docket sheet available through RACER.**

   _____        **Non-Prisoner Civil Case or Criminal Case:**
                **_____ Supplemental Record filed.  Docket Sheet available through RACER.**

The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.

Very truly yours,

s/ **Virginia Gilmore**
Deputy Clerk

Date:  __03/05/2002__