## Return Receipt

| | |
|---|---|
| Your document: | 1:01cv0756 Notice of Appeal |
| was received by: | Gayle Burr/CA03/03/USCOURTS |
| at: | 03/05/2002 10:13:54 AM |

FILED
HARRISBURG, PA

MAR 0 5 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk