OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790
Website: http://www.ca3.uscourts.gov

TELEPHONE
267-299-4920

March 12, 2002

**NOTICE OF DOCKETING OF APPEAL**
BRADSHAW

v.

INS

No.:(District Court No. 01-00756)

**(Honorable William W. Caldwell)**

FILED
HARRISBURG, PA
MAR 1 2 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

An appeal by **(Sydney Bradshaw)** was filed in the above-caption case on (3/4/02), and docketed in this Court on (date), at No. **(02-1622)**.

Kindly use the Appeals Docket No. (02-1622) when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **(Susan M. Acerba** at (Susan M. Acerba)@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**