OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Harrisburgh_____Clerk of District Court        Date_____July 31, 2002_____
    (District)

_Bradshaw v. INS_____                           C. of A. No. _____02-1622_____
(Caption)

_Sydney Bradshaw_____
    (Appellant)

_01-cv-00756_  _J. Caldwell_____
    (D.C. No.)

Enclosures:

FILED / Rec'd
HARRISBURG, PA
AUG 0 2 2002
MARY E. D'ANDREA, CLERK
Per_____

_July 31, 2002_____Certified copy of C. of A. Order by the Clerk
    (Date)

_____ Returned (Record) (Supplemental Record - First - Second - Third)

____XX_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
             is recalled.

                                    _Shannon L. Craven_    _(267)-299-4959_
                                        Deputy Clerk          Telephone Number

Receipt Acknowledge:

_Ack'd_____
    (Name)
_8-2-02  BTS_____
    (Date)

                                                    Rev. 3/13/00
                                    Appeals (Certified List in Lieu of Record)

EPS-303                                                          July 30, 2002

### UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-1622

Bradshaw vs. INS
(Middle D.C. No. 01-cv-00756)

To: Clerk

**FILED**
HARRISBURG, P/
AUG 0 2 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

1) Application to Proceed In Forma Pauperis

---

The foregoing Motion is granted. The Court will consider any other appropriate action including summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedure 10.6. The Court will also consider appellant's motion for appointment of counsel.

Should the appellant file any further motions in this Court for leave to proceed in forma pauperis, the motion must be accompanied by a prison account statement for the previous six months as required by the affidavit form.

A True Copy:

_/s/ Marcia M. Waldron_
_____
Marcia M. Waldron,
Clerk

For the Court,

_/s/ Marcia M. Waldron_
_____
Clerk

Dated: July 31, 2002
SLC/cc: Mr. Sydney Bradshaw
     Mark E. Morrison, Esq.
     Thankful T. Vanderstar, Esq.
     Michael P. Lindemann, Esq.
     Terri J. Scadron, Esq.