**OFFICE OF THE CLERK** ORIGINAL

MARCIA M. WALDRON
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle - Harrisburg_ Clerk of District Court    Date _7-26-02_
(District)

_Bradshaw vs. INS_    C. of A. No. _02-1622_
(Caption)

_Sydney Bradshaw_
(Appellant)

RECEIVED AUG 02 2002 PER HARRISBURG, PA. DEPUTY CLERK

_01-CV-756_
(D.C. No.)

Enclosures:

_7/26/02_ _____ Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____ is recalled.

_____    (267)-299-_4928_
Deputy Clerk    Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

ACK RB 8/2/02

cc: PRSLC Taggart, Judge Caldwell

(26)
RB 8/5/0

BPS-227                                              July 3, 2002

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 02-1622

SYDNEY BRADSHAW,
           Appellant

vs.

IMMIGRATION & NATURALIZATION SERVICE

FILED
HARRISBURG, PA
AUG 0 2 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

(M.D. Pa. Civ. No. 01-cv-00756)

Present:    ALITO AND MCKEE, CIRCUIT JUDGES

Submitted are:

(1)    Appellant's Petition for a Stay of Removal, which the Court may wish to construe as a petition for stay of removal pending disposition of the appeal; and

(2)    Appellee's response in opposition thereto,
in the above-captioned case.

Respectfully,

_____ Clerk _____

MMW/CAD/jle/sma

_____ORDER_____

The foregoing petition for a stay of removal is denied. Bradshaw has not demonstrated a likelihood of success on the merits on appeal. Sofinet v. INS, 188 F.3d 703, 706 (7th Cir. 1999).

By the Court,

_____
Circuit Judge

Dated: **JUL 2 6 2002**

SMA CC TO: SB, MM, TV, MG, TS

A TRUE COPY
_____
CLERK