1 +9 C r

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Middle - Harrisburgh _____ Clerk of District Court

Date 9/30/02

(District)

Bradshaw v. INS
(Caption)
Sydney Bradshaw

C. of A. No. 02-2622

(Appellants)
01-cv-00756

(D.C. No.)

RECEIVED
HARRISBURG, PA
OCT 07 2002
MARY E. D'ANDREA, CLERK
By the Clerk

Enclosures:
September 30, 2002 _____ Certified copy of C. of A. Order
(Date)

x _____ Released (ON RACER)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

Susan M. Acerba     4920
_____ (267)-299-_____
Deputy Clerk     Telephone Number

Receipt Acknowledge:
_____
(Name)

10/7/02
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

O:\FORMS\CASEMGMT\Record Release.wpd

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 02-1622

Bradshaw

vs.

INS

Sydney Bradshaw #01-6410, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-00756)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Kathleen Brown

Acting Clerk

Date: September 30, 2002

cc:
Sydney Bradshaw #01-6410
Mark E. Morrison, Esq.
Thankful T. Vanderstar, Esq.
Michael P. Lindemann, Esq.
Terri J. Scadron, Esq.

A TRUE COPY:

ACTING CLERK